584

No. 230. COMMERCIAL TRUST Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Harper* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *W. Marvin Smith* for the United States.

No. 235. ECKHARDT ET AL., TRUSTEES, *v.* BALL ET AL., TRUSTEES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frank H. Pardee* for petitioners. *Mr. Charles B. Rugg* for respondents.

No. 236. HARDENBROOK ET AL. *v.* LANDQUIST ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Isaac E. Ferguson* and *Edward Sonnenschein* for petitioners. *Mr. Walter E. Wiles* for respondents.

No. 238. WHITNEY ET AL., EXECUTORS, *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Will R. Gregg* for petitioners. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 239. FARIS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey, A. Calder Mackay,* and *Clark J. Milliron* for petitioner. *Solicitor*